UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

SONYA MCINTYRE-HANDY,

        Plaintiff,

v.                                    ACTION NO. 4:05cv124

APAC CUSTOMER SERVICES, INC.,

        Defendant.

## FINAL ORDER

This matter was referred to a United States Magistrate Judge by order of reference entered December 20, 2006, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b), to conduct hearings, including evidentiary hearings, if necessary, and to submit to the undersigned proposed findings of fact, if applicable, and recommendations for the disposition of this matter. The Magistrate Judge conducted evidentiary hearings on January 22 and 23, 2007, and report of the Magistrate Judge was filed on April 20, 2007, recommending that the court enter summary judgment in favor of defendant.

By copy of the report and recommendation of the Magistrate Judge, the parties were advised of their right to file written objections thereto. The court received plaintiff's objections to the Magistrate Judge's report on May 2, 2007.[1]

---

[1] On May 10, 2007, the court received an additional submission from plaintiff. On this date, having spent approximately two years litigating her claims against defendant, a private corporation, plaintiff filed a motion seeking to add the Commonwealth of

The court, having examined the objections to the magistrate judge's report and recommendation, and the response to the objections, and having made de novo findings with respect thereto, does hereby adopt and approve in full the findings and recommendations set forth in the report and recommendation of the United States Magistrate Judge filed April 20, 2007. Accordingly, the court **GRANTS** summary judgment for defendant. The Clerk shall enter judgment in favor of defendant.

The Clerk shall forward a copy of this Final Order to plaintiff and counsel for defendant.

**IT IS SO ORDERED.**

/s/
Rebecca Beach Smith
UNITED STATES DISTRICT JUDGE

Norfolk, Virginia

May 23, 2007

---

Virginia as a party to this action. Plaintiff's motion to add the Commonwealth as a party is **DENIED** as untimely and irrelevant. To the extent that plaintiff has nonfrivolous claims against the Commonwealth, she will need to file a separate action to seek redress.

2